**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇꜱ Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟꜱ
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

June 12, 2026

TELEPHONE
215-597-2995

Elizabeth A. Athos
Jessica Levin
Education Law Center
60 Park Place
Suite 300
Newark, NJ 07102

Denise L. Dwyer
Law Office of Denise Lanchantin Dwyer
707 Alexander Road
Suite 208
Princeton, NJ 08550

David R. Giles
34 Rynda Road
South Orange, NJ 07079

John D. Rue
John Rue & Associates
100 Overlook Center
Second Floor, Suite 9211
Princeton, NJ 08540

Donald A. Soutar
Coyle Law Group
201 Littleton Road
Suite 210
Morris Plains, NJ 07950

Jeffrey I. Wasserman
Herrick Feinstein

One Gateway Center
9th Floor
Newark, NJ 07102


 RE: C. P., et al v. New Jersey Department of Education, et al
 Case Number: 26-2157
 District Court Case Number: 1:19-cv-12807

Dear Counsel:

Pursuant to our docketing letter dated **May 14, 2026**, you were requested
electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**


The above listed forms must be completed within **fourteen (14) days of the date of
this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT
TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Tim
Case Manager
267-299-4953
cc: Colin Klika, Esq.
Catherine M. Reisman, Esq.
Krista H. Rue, Esq.